666

# United States District Court

_____ Eastern _____ DISTRICT OF ___ Louisiana ___

UNITED STATES OF AMERICA
V.

ANDY FOWLER

## WARRANT FOR ARREST

CASE NUMBER:  90-244 MAG

9034-0927-0150-G

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ ANDY FOWLER ___

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)   knowingly move from the State of Louisiana to the State of Texas to avoid confinement after having been convicted and sentenced in the 22nd Judicial District, Parish of St. Tammany, Louisiana, for Manslaughter, a felony in the State of Louisiana, all

in violation of Title ___ 18 ___ United States Code, Section(s) ___ 1073 ___

___ Ivan L. R. Lemelle ___
Name of Issuing Officer

___ [signature] ___
Signature of Issuing Officer

___ (By) Deputy Clerk ___

___ U.S. Magistrate ___
Title of Issuing Officer

___ 9/27/90 ___   New Orleans, LA ___
Date and Location

Bail fixed at $ _____ by_____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442  (Rev. 5/85)  Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:_____Andy Fowler_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: __Tennessee_____

DATE OF BIRTH: 1/19/55_____

SOCIAL SECURITY NUMBER: ____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_____

HEIGHT:____5'8"_____   WEIGHT: ___175 lbs._____

SEX:_____Male_____   RACE: ____White_____

HAIR: _____Brown_____   EYES: _____Green_____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: __67118L9_____

COMPLETE DESCRIPTION OF AUTO:_____

INVESTIGATIVE AGENCY AND ADDRESS: _____FBI, 1250 Poydras, ste 2200, New Orleans, LA  70113

AO 9* (Rev. 5/35)  Criminal Complaint  ⊕

G-66

# United States District Court

Eastern —————— DISTRICT OF  Louisiana ——————

UNITED STATES OF AMERICA
V.

ANDY FOWLER

## CRIMINAL COMPLAINT

CASE NUMBER:  90-244  MAG

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____June 16, 1989_____ in _____Orleans Parish county, in the

Eastern _____ District of __Louisiana_____ defendant(s) did, (Track Statutory Language of Offense)

knowingly move  from the State of Louisiana to the State of Texas to avoid confinement after
having been convicted and sentenced in the 22nd Judicial District, Parish of St. Tammany,
Louisiana for Manslaughter, a felony in the State of Louisiana, all

in violation of Title ____18____ United States Code, Section(s) ____1073____

I further state that I am a(n) __Special Agent-FBI__ and that this complaint is based on the following
                              Official Title

facts:

On 4/4/84, Andy Fowler was sentenced to 16 yrs. hard labor for the crime of Manslaughter
in the 22nd Judicial District, Parish of St. Tammany, Louisiana.  Fowler was committed to the
custody of the Louisiana Department of Public Safety and Corrections to fulfill his sentence.

On or about June 16, 1989, Fowler escaped from the custody of the Work Training Facility
South (WTFS), New Orleans, LA.  Fowler had not completed his sentence and remains at large.
Fowler is described as a white male, ht. 5'8", wt. 175 lbs, hair brown, eyes green, DOB 1/19/55
SSN 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.

A confidential source later informed Frank L. Jobert, Jr., Warden, WTFS, Fowler was going
to Texas to meet a former inmate and friend.  Jobert also received other information from

Continued on the attached sheet and made a part hereof:     ☒ Yes     ☐ No

CLERK'S OFFICE  A TRUE COPY

Signature of Complainant
Lester Y. Tamashiro, Special Agent, FBI

Sworn to before me and subscribed in my presence,

__9/27/90__                              at    __New Orleans, LA__
Date                                            City and State

__Ivan L. R. Lemelle, U.S. Magistrate__
Name & Title of Judicial Officer                Signature of Judicial Officer

<u>2</u>

another confidential source indicating Fowler was traveling west, possibly to Texas.

On June 16, 1989, an arrest warrant was filed by the Louisiana Department of Public Safety and Corrections, charging Fowler with Escape.  An arrest warrant was subsequently issued by the 19th Judicial District Court, Parish of East Baton Rogue, Louisiana.

A copy of the state arrest warrant is attached. 

# LOUISIANA DEPARTMENT OF
# PUBLIC SAFETY AND CORRECTIONS
## BATON ROUGE, LOUISIANA
## FUGITIVE WARRANT
### WARRANT NUMBER 539159578

Before me, the undersigned authority, personally came and appeared James E. Morris of the Louisiana Department of Public Safety and Corrections, who, first being duly sworn, deposes and says:

That Prisoner Number 105595, **Andy Fowler** who was by due process of law, in the **22nd Judicial District**, in and for the Parish of St. **Tammany**, State of Louisiana, on the date of **April 4, 1984**, adjudged guilty of the crime of **Manslaughter** which is a felony and was sentenced to a term of **16 years** at hard labor and committed to the custody of the Louisiana Department of Public Safety and Corrections.

That on or about the date of **June 16, 1989**, the said **Andy Fowler** **escaped** from the Louisiana Department of Public Safety and Corrections and fled to another jurisdiction; that the said **Andy Fowler**, has not served out his/her sentence in the Louisiana Department of Public Safety and Corrections.

That to the best of the knowledge and belief of affiant, the said **Andy Fowler** is presently at large.

That as Deputy Secretary of the Louisiana Department of Public Safety and Corrections, the said James E. Morris does now issue this declaration in the form prescribed by law and does command that the said **Andy Fowler** be apprehended and held by any peace officer as a fugitive from justice, pending his extradition and removal to this jurisdiction by due process of law, to serve out his/her sentence in the Louisiana Department of Public Safety and Corrections according to law.

Signed at Baton Rouge, Louisiana on _June 16_ , 19 _89_ .


_____
Deputy Secretary, Public Safety & Corrections

Subscribed and sworn to before me _____
Judge of the 19th Judicial
District Court in and for the
Parish of East Baton Rouge,
State of Louisiana

This _16th_ day of _June_ , 19 _89_ .


A TRUE COPY

_____
- NOTARY PUBLIC